UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAROUS SHARZARIAN,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-00086 (KS)<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: February 2, 2016

                                             /s/ Karen L. Stevenson
                                          KAREN L. STEVENSON
                                        UNITED STATES MAGISTRATE JUDGE